# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETELHEM SHIFERAW, an individual, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br>v.<br>SUNRISE SENIOR LIVING MANAGEMENT, INC., et al.,<br>Defendants.<br><br>RENEE TAMEIFUNA, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee,<br><br>Plaintiff,<br>v.<br>SUNRISE SENIOR LIVING, INC., et al.,<br>Defendants. | Lead Case No. 2:13-cv-02171-JAK-PLA<br>Consolidated with: 2:13-cv-06294-JAK-PLA<br><br>**JUDGMENT**<br><br>**JS-6** |

1 | **JUDGMENT**

**IT IS HEREBY ADJUDGED THAT**:

1. Judgment in this matter is entered in accordance with the Parties' class action settlement agreement (Dkt. 238-1, Exh. 1) (the "Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. The Parties shall effectuate the Settlement Agreement according to its terms and according to the terms of the Court's prior orders. The Released Claims of the Plaintiff Class Representatives and all members of the Settlement Class are hereby dismissed in their entirety with prejudice pursuant to the Settlement Agreement.

3. All Class Members who did not timely and properly opt out from the Settlement are barred from pursuing or seeking to reopen any of the Released Claims as defined in the Settlement Agreement. Consistent with the definition provided in the Settlement Agreement, the Settlement Class consists of: All persons who were employed in non-exempt positions at Sunrise's California communities at any time during the period from February 25, 2009 to July 1, 2016.

4. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: August 1, 2017

Hon. John A. Kronstadt
United States District Judge